NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HECTOR ROMAN-GOMEZ,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7076

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2534, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## ORDER

Hector Roman-Gomez moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__AUG 1 2 2011__          /s/ Jan Horbaly
Date                     Jan Horbaly
                         Clerk

cc:  Kenneth M. Carpenter, Esq.
     Michael P. Goodman, Esq.

s21

Issued As A Mandate:  __AUG 1 2 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 2 2011

JAN HORBALY
CLERK